JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WOLOV, an individual,<br>        Plaintiff, | CV 21-9839 DSF (MAAx) |
| v. | JUDGMENT |
| DAVID DUEL, et al.,<br>        Defendants. | |

The Court having declined to exercise supplemental jurisdiction over Plaintiff's state law claims and having granted Defendants' motions to dismiss Plaintiff's remaining claims,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 28, 2023

Dale S. Fischer
United States District Judge